JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436- 7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0238 MHP |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 5, 2008 THROUGH JUNE 16, 2008 |
| JASON HOANG and YANG HUA MEI, ) | |
|     Defendant. ) | |

    On May 5, 2008, the parties in this case appeared before the Court for a status conference. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from May 5, 2008, through June 16, 2008, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public

///

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP    1

1  and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

3  SO STIPULATED:

4                                                  JOSEPH P. RUSSONIELLO
United States Attorney

6  DATED: May 13, 2008                           /s/ Owen Martikan
                                                OWEN P. MARTIKAN
Assistant United States Attorney

8  DATED: May 9, 2008                           BARRY J. PORTMAN

                                                /s/
NED SMOCK
Attorneys for Jason Hoang

13 DATED: May 12, 2008                           /s/
ALAN DRESSLER
Attorney for Yang Hua Mei

As the Court found on May 5, 2008, and for the reasons stated above, an exclusion of time from May 5, 2008, through June 16, 2008, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 5/14/2008

IT IS SO ORDERED
Judge Marilyn H. Patel

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP

2