1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH(CABN 163973)
   Chief, Criminal Division
4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7241
       FAX: (415) 436- 7234
8      owen.martikan@usdoj.gov

   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 08-0238 MHP
                                     )
14         Plaintiff,                )
                                     )   STIPULATION AND [~~PROPOSED~~]
15     v.                            )   ORDER EXCLUDING TIME FROM JUNE
                                     )   16, 2008 THROUGH JULY 7, 2008
16  JASON HOANG and YANG HUA MEI,    )
                                     )
17                                   )
           Defendant.                )
18  _____  )

19

20

21         On June 16, 2008, the parties in this case appeared before the Court for a status

22  conference. The parties stipulated and the Court agreed that time should be excluded from the

23  Speedy Trial Act calculations from June 16, 2008, through July 7, 2008, for effective preparation

24  of defense counsel. The parties represented that granting the continuance was the reasonable time

25  necessary for effective preparation of defense counsel, taking into account the exercise of due

26  diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice

27  served by granting such a continuance outweighed the best interests of the public

28  ///

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP                                                                                    1

and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: June 20, 2008                   /s/ Owen Martikan
                                          OWEN P. MARTIKAN
                                          Assistant United States Attorney

DATED: June 19, 2008                  BARRY J. PORTMAN

                                            /s/
                                          RONALD TYLER
                                          Attorneys for Jason Hoang

DATED: June 20, 2008                   /s/
                                          ALAN DRESSLER
                                          Attorney for Yang Hua Mei

As the Court found on June 16, 2008, and for the reasons stated above, an exclusion of time from June 16, 2008, through July 7, 2008, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED: July 3, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP

2