JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436- 7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0238 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME FROM** |
| | ) | **SEPTEMBER 8, 2008 THROUGH** |
| JASON HOANG, YANG CAO, and YANG | ) | **OCTOBER 20, 2008** |
| HUA MEI, | ) | |
| | ) | |
| Defendants. | ) | |

    On September 8, 2008, the parties in this case appeared before the Court for a status conference. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from September 8, 2008, through October 20, 2008, for effective preparation of defense counsel and for a transfer of a case. The continuance is necessary to allow for the transfer of a case concerning defendant Jason Hoang under Fed. R. Crim. P. 20. This time is excludable under 18 U.S.C. § 3161(h)(1)(G).  The parties also represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties

1  agreed that the ends of justice served by granting such a continuance outweighed the best
2  interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).
3  SO STIPULATED:

4                                                                JOSEPH P. RUSSONIELLO
                                                                   United States Attorney
5

6  DATED: October 15, 2008                           /s/ Owen Martikan
                                                                   OWEN P. MARTIKAN
7                                                                Assistant United States Attorney

8

9  DATED:  September 10, 2008              BARRY J. PORTMAN

10
                                                                      /s/
11                                                              RONALD C. TYLER
                                                                   Attorney for Jason Hoang
12

13 DATED: September 9, 2008                        /s/
                                                                   ALAN A. DRESSLER
14                                                              Attorney for Yang Hua Mei

15
   DATED: October 14, 2008                          /s/
16                                                              DAVID J. COHEN
                                                                   Attorney for Yang Cao
17

18      As the Court found on September 8, 2008, and for the reasons stated above, an exclusion of
19 time from September 8, 2008, through October 20, 2008, is warranted due to delay resulting from
20 the transfer of a case, and because the ends of justice outweigh the best interests of the public and
21 the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(G) and (h)(8)(A). The failure to grant
22 the requested continuance would deny defense counsel the reasonable time necessary for
23 effective preparation, taking into account the exercise of due diligence, and would result in a
24 miscarriage of justice. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).
25 SO ORDERED.

26

27 DATED:  October 16, 2008                                             
                                                                   HON. MARILYN HALL PATEL
28                                                              United States District Judge

STIP & [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP                                                                                                         2